UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joseph Christian Thoresen, | File No. 20-cv-769 (ECT/ECW) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Jeff Titus, Warden of Oak Park Heights Correctional Institution, | |
| Respondent. | |

---

The Court has received the March 26, 2020 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. ECF No. 4. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2. Petitioner's Motion for an Extension [ECF No. 1] is **DENIED**; and

3. This matter is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 24, 2020         s/ Eric C. Tostrud
                              Eric C. Tostrud
                              United States District Court